UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

New Construction, Inc.                          Case No. 04-10657-SSM
                                                Chapter 7
Debtor.

## ORDER

UPON CONSIDERATION of the Application of Richard A. Bartl, Interim

Trustee, for an Order authorizing and designating Thomas P. Gorman and the firm of

Tyler, Bartl, Gorman & Ramsdell, P.L.C. to perform legal services on behalf of the

Trustee, and

IT APPEARING to the Court that said Application should be granted, it is by the

Court,

ORDERED that Thomas P. Gorman and Tyler, Bartl, Gorman & Ramsdell, P.L.C. is

hereby authorized and designated to perform legal services for the Trustee, as necessary

to assist the Trustee in carrying out his duties.

Dated:                                          _____

                                                Stephen S. Mitchell
                                                United States Bankruptcy Judge


                            Entered

I ASK FOR THIS:


 /s/ Richard A. Bartl
Richard A. Bartl, VA Bar No. 4518
Trustee
700 So. Washington Street, Suite 216
Alexandria, VA  22314
703-549-5000


SEEN AND AGREED:


 /s/ Frank Bove
U.S. Trustee's Office
115 South Union Street, Suite 210
Alexandria, Virginia  22314
703-557-7176



COPIES TO:


Richard A. Bartl
Tyler, Bartl, Gorman & Ramsdell, P.L.C.
700 So. Washington Street, Suite 216
Alexandria, VA  22314


U.S. Trustee's Office
115 South Union Street, Suite 210
Alexandria, VA  22314