UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: | |
| | Case No. 04-10657-SSM |
| New Construction, Inc. | Chapter 7 |
| Debtor | |

ORDER

UPON CONSIDERATION of the application of the trustee for the Appointment of Arthur Lander, C.P.A., P.C., as Certified Public Accountant for the Estate,

AND IT APPEARING to the Court that said application should be granted, it is by the Court

ORDERED that Arthur Lander, C.P.A., P.C., be, and is hereby authorized and designated as Certified Public Accountant for the Trustee, and compensation to be determined by subsequent Order of this Court.

_____                    _____
Date                                       UNITED STATES BANKRUPTCY JUDGE

Entered on the docket _____

I ask for this:

/s/ Richard Bartl
Richard Bartl, Trustee
Tyler, Bartl, Gorman & Ramsdell, PLC
700 S. Washington St., Suite 216
Alexandria, Va.  22314
(703) 549-5000

Seen and agreed to:


/s/ Jack Frankel
U. S. Trustee
115 S. Union Street
Suite 210
Alexandria, Va.  22314


Copies to:

Richard Bartl, Trustee
Tyler, Bartl, Gorman & Ramsdell, PLC
700 S. Washington St., Suite 216
Alexandria, Va.  22314

U. S. Trustee
115 S. Union Street
Suite 210
Alexandria, Va.  22314